# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1573.  IN THE INTEREST OF S. R. B. et al., children.**

Pursuant to our order of April 26, 2013, Appellant's brief and enumerations of error were due on May 6, 2013, and have not been filed. Accordingly, this appeal is DISMISSED pursuant to Court of Appeals Rules 13, 15 (a), and 23 (a). The clerk is hereby DIRECTED to transmit notice of this order to the Appellant as well as to the Appellant's attorney of record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/24/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*